# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Matias VEGA-Sotero<br><br>*Defendant(s)* | Case No.<br>5:25-MJ-1351 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 16, 2025__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

/s/ Abraham Gonzalez
*Complainant's signature*

Abraham Gonzalez Deporation Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to , signature attested telephonically per Fed.R. Crim.P. 4.1 and probable cause found

Date: 07/16/2025

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S. Magistrate Judge
*Printed name and title*

Maximum Penalties:
2 years confinement, $250,000 Fine or Both; 1 year supervised release, $100 mandatory special assessment

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

IN RE: Matias VEGA-Sotero

I, Abraham Gonzalez, declare and state as follows:

On July 16, 2025, at approximately 9:00 a.m., while conducting surveillance 2400 block of Santa Clara Street, Laredo, Texas, 78046, (the "premises"). ICE Officer Abraham Gonzalez positively identified Matias Vega-Sotero outside the premises. Upon approaching Matias Vega-Sotero, Vega-Sotero moved into the premises, secured the chain link entrance with a lock, and has remained inside the premises.

Further Investigation revealed Matias Vega-Sotero was previously REMOVED from the United States to Mexico on March 31, 2025, through Laredo, TX, Juarez Lincoln Port of Entry. There is no record that Matias Vega Sotero has applied for or received permission from the Attorney General or Secretary of Homeland Security to re-enter the United Sates after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 16th day of July 2025 at Laredo, Texas.

/s/ Abraham Gonzalez
Abraham Gonzalez
Deportation Officer
Immigration and Customs Enforcement